# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASSIGNMENT OF JUDGES OF | : | No. 331 Common Pleas Judicial |
| THE COURT OF COMMON PLEAS OF | : | Classification Docket |
| THE FIFTH JUDICIAL DISTRICT OF | : | |
| PENNSYLVANIA | : | |
| | : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 2nd day of February, 2016, upon consideration of the Petition of Jeffrey A. Manning, President Judge of the Court of Common Pleas of the Fifth Judicial District of Pennsylvania, for the assignment of Judges to division(s) of the court, it is hereby ORDERED that the Petition is granted and the following assignments are approved:

Family Division

The Honorable Jennifer S. McCrady
The Honorable Daniel D. Regan
The Honorable Hugh F. McGough

Mr. Justice Eakin did not participate in the consideration or decision of this matter.